# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| GEORGE EDWARD PURDY, | § | |
| TDJC No. 2187077 | § | |
| | § | CIVIL ACTION NO. 3:21-CV-303-S-BN |
| v. | § | |
| | § | |
| AMANDA ROSE TALENTINOW, et al. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 4]. An objection was filed by Plaintiff [ECF No. 5]. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objections were made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court likewise **DISMISSES** Plaintiff's Supplemental Complaint [ECF No. 6]. In the Supplemental Complaint, Plaintiff asserts an additional cause of action under 18 U.S.C. § 2251A. Plaintiff again attempts to state a federal cause of action under a criminal statute that does not afford Plaintiff civil relief. *See* 18 U.S.C. § 2255 (proving a civil cause of action only to minor victims); *see also Doe v. Liberatore*, 478 F. Supp. 2d 742, 754 (M.D. Pa. 2007) (18 U.S.C. § 2255 "provides child victims of sexual abuse, molestation and exploitation with a federal cause of action for money damages."). Accordingly, the Court dismisses Plaintiff's Complaint with prejudice as frivolous for the reasons stated in the Findings, Conclusions, and Recommendation of the United

States Magistrate Judge, notwithstanding the additional claim Plaintiff asserts in the Supplemental Complaint.

**SO ORDERED.**

SIGNED June 18, 2021.

_____
**UNITED STATES DISTRICT JUDGE**